```
IN THE UNITED STATES DISTRICT COURT
 FOR THE NORTHERN DISTRICT OF TEXAS
           FORT WORTH DIVISION

JOHN ANTHONY CASTRO           §
                              §
VS.                           §    ACTION NO. 4:23-CV-976-Y
                              §
THE STATE OF TEXAS            §
```

## FINAL JUDGMENT

This judgment is issued as required by Federal Rule of Civil Procedure 58. In accordance with Plaintiff's notice of voluntary dismissal as authorized by Federal Rule of Civil Procedure 41(a)(1)(A)(i) (doc. 26), this case is **DISMISSED without prejudice**. Each party shall bear its own costs and attorney's fees.

The clerk shall transmit a true copy of this judgment to the parties.

SIGNED January 29, 2024.

*Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE